IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARON MARGOSIAN, et al., | CASE NO. CV F 11-0137 LJO SMS |
| Plaintiffs, vs. | **ORDER TO VACATE HEARING** (Docs. 10, 14.) |
| DALE MARGOSIAN, et al, | |
| Defendants. / | |

On February 22, 2011, plaintiffs filed their first amended complaint as a matter of course under F.R.Civ.P. 15(a)(1)(B). As such, this Court:

1. VACATES the March 15, 2011 hearing on defendants Bank of the West, Curt Covington and Erin Bushell's F.R.Civ.P. 12(b)(6) motion to dismiss plaintiffs' original complaint. This Court will take no action on the motion to dismiss;

2. REINSTATES Loren Schoenburg and Marge Schoenburg as defendants and SETS ASIDE the judgment in their favor (doc. 13); and

3. ORDERS all defendants, no later than March 22, 2011, to file papers to respond to the first amended complaint, unless this Court orders otherwise.

IT IS SO ORDERED.

**Dated:   February 23, 2011**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE