1  DAVID M. GILMORE, #105429
   dgilmore@gwvm.com
2  TRACIE L. GOODWIN, #250119
   tgoodwin@gwvm.com
3  GILMORE, WOOD, VINNARD & MAGNESS
   P.O. Box 28907
4  Fresno, CA  93729-8907
   Telephone: (559) 448-9800
5  Facsimile: (559) 448-9899

6  Attorneys for Defendant JEANETTE PACHECO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ARON MARGOSIAN and CARRIE MARGOSIAN,<br><br>            Plaintiffs,<br><br>     v.<br><br>DALE MARGOSIAN; JEFFREY L. COVEY; JEANETTE PACHECO; KURT COVINGTON; ERIN BUSHELL, BANK OF THE WEST; PATRICK SCHOENBURG; LOREN SCHOENBURG; MARGE SCHOENBURG; WESTMARK GROUP; MARK BURRELL; and DOES 1 through 100, inclusive,<br><br>            Defendants. | CASE NO. 1:11-CV-00137-LJO-SMS<br><br>**STIPULATION TO REMAND CASE BACK TO TULARE COUNTY SUPERIOR COURT; ORDER THEREON**<br><br>Removed from State Court:  1/25/11 |

Plaintiffs Aron Margosian and Carrie Margosian ("Plaintiffs"), and Defendants Dale Margosian, Jeffrey L. Covey, Jeanette Pacheco, Kurt Covington, Erin Bushell, Bank of the West, Loren Schoenburg, Marge Schoenburg, Westmark Group, and Mark Burrell ("Defendants") (collectively "the Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

GILMORE, WOOD, VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA  93729-8907

9003-1\00205194.000

1:11-CV-00137-LJO-SMS
Stipulation to Remand Case Back to Tulare County
Superior Court; Order Thereon

**STIPULATION**

1. On June 30, 2010, Plaintiffs commenced an action in the Superior Court of California in and for the County of Tulare titled *Aron Margosian, et ux. v. Dale Margosian, et al.* as Case No. 10-238202 ("the Action").

2. On or about January 26, 2011, Defendants Westmark Group and Mark Burrell filed a Notice of Removal of the Action to this Court pursuant to 28 U.S.C. § 1441(b) based on Plaintiffs' claims brought under 18 U.S.C. § 1962. The remaining Defendants all filed Notices of Consent to Remove.

3. On February 22, 2011, Plaintiffs filed their First Amended Complaint, which omitted the 18 U.S.C. § 1962 claims and, in turn, the basis for this Court's jurisdiction.

4. Therefore, the Parties stipulate that this action should immediately be remanded to the Tulare County Superior Court.

5. Each Party shall bear his/her/its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this Stipulation and Order.

6. This Stipulation moots all pending motions before this Court, and all pending deadlines and hearings in this case should be taken off the Court's calendar.

7. For convenience only, the time for Defendants to file responses to the First Amended Complaint will be in accordance with Code of Civil Procedure Section 430.90. This provision shall not be construed as an admission or statement that the Action was improperly moved to federal court.

DATED: March ___, 2011          FITZGERALD, LUNDBERG & ROMIG

By: /s/ _____
Ken M. Fitzgerald
Attorneys for Plaintiffs ARON MARGOSIAN
and CARRIE MARGOSIAN

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA  93729-8907

9003-1\00205194.000

2

1:11-CV-00137-LJO-SMS
Stipulation to Remand Case Back to Tulare County
Superior Court; Order Thereon

| | | |
|---|---|---|
| 1 | DATED: March ___, 2011 | GILMORE, WOOD, VINNARD & MAGNESS |

By: /s/
    David M. Gilmore
    Tracie L. Goodwin
    Attorneys for Defendant JEANETTE PACHECO

DATED: March ___, 2011    McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH

By: /s/
    Marshall C. Whitney
    Mandy L. Jeffcoach
    Attorneys for Defendants BANK OF THE WEST, CURT COVINGTON, and ERIN BUSHELL

DATED: March ___, 2011    WILKINS, DROLSHAGEN & CZESHINKSI, LLP

By: /s/
    James H. Wilkins
    Stephanie M. Grewal
    Attorneys for Defendants LOREN SHOENBURG and MARGE SCHOENBURG

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA 93729-8907

9003-1\00205194.000    3    1:11-CV-00137-LJO-SMS
Stipulation to Remand Case Back to Tulare County Superior Court; Order Thereon

DATED: March ___, 2011    GARRETT & TULLY, P.C.

By: /s/  
    Stephen J. Tully  
    Michael K. Dewberry  
    Attorneys for Defendant DALE B. MARGOSIAN, CPA

DATED: March ___, 2011    NORIEGA & ASSOCIATES

By: /s/  
    Robert J. Noriega  
    Attorneys for Defendants WESTMARK GROUP and MARK BURRELL

DATED: March ___, 2011    DOWLING, AARON & KEELER, INC.

By: /s/  
    Donald R. Fischbach  
    Keith M. White  
    Attorneys for Defendant JEFFREY L. COVEY

DATED: March ___, 2011    DOOLEY HERR PELTZER & RICHARDSON, LLP

By:  
    Leonard C. Herr  
    Attorneys for Defendant PATRICK SHOENBURG

GILMORE, WOOD, VINNARD & MAGNESS  
A PROFESSIONAL CORPORATION  
P.O. BOX 28907  
FRESNO, CA 93729-8907

**ORDER**

Good cause appearing, IT IS ORDERED THAT:

1. This action immediately be remanded to the Tulare County Superior Court;

2. Each Party shall bear his/her/its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action;

3. This Stipulation moots all pending motions before this Court, and all pending deadlines and hearings in this case shall be taken off the Court's calendar; and

4. The time for Defendants to file responses to the First Amended Complaint will be in accordance with Code of Civil Procedure Section 430.90.

Dated: March 21, 2011            /s/ Lawrence J. O'Neill
                                 United States District Judge

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA 93729-8907

9003-1\00205194.000         5         1:11-CV-00137-LJO-SMS
Stipulation to Remand Case Back to Tulare County
Superior Court; Order Thereon